690 A.2d 1008

**Wesley Eugene BAKER**

v.

**STATE of Maryland.**

**Misc. No. 25 Sept. Term, 1996.**

Court of Appeals of Maryland.

March 7, 1997.

William B. Purpura, Assigned Public Defender, for Appellant.

Ann N. Bosse, Assistant Attorney General, for Appellee.

Submitted to BELL, C.J., and ELDRIDGE, RODOWSKY, CHASANOW, KARWACKI, RAKER and WILNER, JJ.

## ORDER

The Court having considered the application for leave to appeal and the response in opposition filed thereto in the above entitled case, it is this 7th day of March, 1997,

ORDERED, by the Court of Appeals of Maryland, that the application be, and it is hereby, denied.

BELL, C.J., would have granted the application.